IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD TAVANA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00906-PLM-PJG |
| | ) | |
| v. | ) | Judge Maloney |
| | ) | Magistrate Judge Green |
| ROSENTHAL, MORGAN AND THOMAS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, RICHARD TAVANA, by and through his attorneys, SMITHMARCO, P.C., and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

Respectfully submitted,<br>
**RICHARD TAVANA**

By:    s/ David M. Marco
       Attorney for Plaintiff

1

Dated: January 15, 2018

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:	(312) 546-6539
Facsimile:	(888) 418-1277
E-Mail:	dmarco@smithmarco.com